IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FREDERICK LAMAR SPEIGHTS,          :
                                    :
          Plaintiff,                :
                                    :
     v.                             :          CIVIL ACTION NO.: CV509-100
                                    :
Warden BARRY GOODRICH;              :
Commissioner BRIAN OWEN;            :
CORNELL CORRECTIONS                 :
HEADQUARTERS; DONALD                :
R. JACKSON; DANNY BENNETT;          :
MIZELL; NICHOLE MADDOX;             :
C. FOUST; CORRECTIONS               :
CORPERATION OF AMERICA;             :
P. HERBERT; MARIE STEED;            :
OGLESBY; B. DYAL; U.S.P. SERVICE;   :
PEGGY COOPER; and M. HOWELL,        :
                                    :
          Defendants.               :

# O R D E R

After an independent and *de novo* review of the entire record, the undersigned

concurs with the Magistrate Judge's Report and Recommendation, to which Objections

have been filed. Plaintiff's contention that the Magistrate Judge overlooked claims,

other than his property claim, is without merit. It is evident that the Magistrate Judge

reviewed the entire record during his frivolity review, even if the Magistrate Judge did

not analyze all 28 causes of action Plaintiff purports he set forth in his Complaint and

the amendment thereto. According to Plaintiff, these other claims "derive from his

property claim". (Doc. No. 24, p. 2). Accepting this as true, Plaintiff's other claims

cannot survive if this Court cannot provide relief for the origin of these other claims, i.e., Plaintiff's deprivation of property claim.

Equally without merit is Plaintiff's assertion that it appears that the Magistrate Judge held Plaintiff to the same standard as an attorney. Plaintiff's contentions in this regard overlook the fact that the Magistrate Judge granted his motion for leave to amend his Complaint, reviewed Plaintiff's Complaint, as amended, and liberally construed Plaintiff's pleadings in making his recommended disposition of Plaintiff's Complaint. Moreover, Plaintiff was given 30 additional days in which to file Objections to the Magistrate Judge's Report and Recommendation, which is a sufficient period of time for Plaintiff to present evidence in support of his contentions.

Plaintiff's Objections are without merit and are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** for failure to state a claim upon which relief may be granted. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 28 day of ___September___, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)